IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

FILED
MAR 21 2018
Clerk, U.S. District Court
District Of Montana
Helena

| | |
|---|---|
| TRUSTEES OF THE NATIONAL AUTOMATIC SPRINKLER INDUSTRY WELFARE FUND, TRUSTEES OF THE NATIONAL AUTOMATIC SPRINKLER LOCAL 669 UA EDUCATION FUND, TRUSTEES OF THE NATIONAL AUTOMATIC SPRINKLER INDUSTRY PENSION FUND, TRUSTEES OF THE SPRINKLER INDUSTRY SUPPLEMENTAL PENSION FUND AND ROAD SPRINKLER FILLERS LOCAL UNION 669 WORK ASSESSMENTS<br>8000 Corporate Drive<br>Landover, MD 20785<br>                Plaintiffs,<br><br>v.<br><br>SECURITY FIRE PROTECTION, INC.,<br>PO Box 5868<br>Helena, MT 59604<br>                and<br>KEVIN BRICENO<br>1101 Chestnut St.<br>PO Box 5868<br>Helena, MT 59604<br>                and<br>JUNE BRICENO<br>1101 Chestnut St.<br>PO Box 5868<br>Helena, MT 59604<br>                Defendants. | No. CV 17-43-H-SEH<br><br>ORDER |

Plaintiffs have moved for summary judgment. L.R. 7.1(d)(1)(A) requires "[b]riefs in support of a motion must be filed separately from the motion." L.R. 7.1(d)(2)(E) requires "[b]riefs must include a certificate of compliance with this rule stating the number of words in the brief, excluding caption, certificates of service and compliance, table of contents and authorities, and exhibit index."

Plaintiffs' motion does not comply with the above-referenced Local Rules of Procedure for the United States District Court for the District of Montana.

ORDERED:

Plaintiffs' Motion for Summary Judgment[1] is DENIED for failure to comply with L.R. 7.1(d)(1)(A) and (2)(E). Plaintiffs may resubmit the motion and supporting documents in compliance with the Local Rules.

DATED this 21st day of March, 2018.

/s/ Sam E. Haddon
SAM E. HADDON
United States District Judge

---

[1] Doc. 26.