IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| TRUSTEES OF THE NATIONAL AUTOMATIC SPRINKLER INDUSTRY WELFARE FUND, TRUSTEES OF THE NATIONAL AUTOMATIC SPRINKLER LOCAL 669 UA EDUCATION FUND, TRUSTEES OF THE NATIONAL AUTOMATIC SPRINKLER INDUSTRY PENSION FUND, TRUSTEES OF THE SPRINKLER INDUSTRY SUPPLEMENTAL PENSION FUND AND ROAD SPRINKLER FILLERS LOCAL UNION 669 WORK ASSESSMENTS<br>8000 Corporate Drive<br>Landover, MD  20785<br><br>             Plaintiffs,<br><br>v.<br><br>SECURITY FIRE PROTECTION, INC.,<br>PO Box 5868<br>Helena, MT  59604<br><br>             and<br><br>KEVIN BRICENO<br>1101 Chestnut St.<br>PO Box 5868<br>Helena, MT  59604<br><br>             and<br><br>JUNE BRICENO<br>1101 Chestnut St.<br>PO Box 5868<br>Helena, MT  59604<br><br>             Defendants. | No.  CV 17-43-H-SEH<br><br>ORDER |

Defendants Kevin Briceno and June Briceno's unopposed Motion for Extension of Time[1] is GRANTED. Defendant Bricenos may have up to and including May 11, 2018, to file their reply in support of their Motion for Summary Judgment.

DATED this 7th day of May, 2018.

SAM E. HADDON
United States District Judge

---

[1] Doc. 43.