IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

FILED

JUL 06 2018

Clerk, U.S. District Court
District Of Montana
Helena

| | |
|---|---|
| TRUSTEES OF THE NATIONAL AUTOMATIC SPRINKLER INDUSTRY WELFARE FUND, TRUSTEES OF THE NATIONAL AUTOMATIC SPRINKLER LOCAL 669 UA EDUCATION FUND, TRUSTEES OF THE NATIONAL AUTOMATIC SPRINKLER INDUSTRY PENSION FUND, TRUSTEES OF THE SPRINKLER INDUSTRY SUPPLEMENTAL PENSION FUND AND ROAD SPRINKLER FILLERS LOCAL UNION 669 WORK ASSESSMENTS<br>8000 Corporate Drive<br>Landover, MD 20785<br>      Plaintiffs,<br><br>v.<br><br>SECURITY FIRE PROTECTION, INC.,<br>PO Box 5868<br>Helena, MT 59604<br>      and<br>KEVIN BRICENO<br>1101 Chestnut St.<br>PO Box 5868<br>Helena, MT 59604<br>      and<br>JUNE BRICENO<br>1101 Chestnut St.<br>PO Box 5868<br>Helena, MT 59604<br>      Defendants. | No. CV 17-43-H-SEH<br><br>ORDER |

Before the Court is Defendants' Motion to Correct/Clarify Minute Entry Due Date.[1]

In the interest of clarification,

ORDERED

1. The parties are to independently file statements of disputed material fact on or before July 20, 2018.

2. The parties are to independently file statements of specific issues yet to be decided on or before July 20, 2018.

3. The parties are to file briefs in support on or before July 27, 2018.

4. The parties are to file response briefs on or before August 3, 2018.

DATED this 6th day of July, 2018.

SAM E. HADDON
United States District Judge

---

[1] Doc. 52.