IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

FILED
SEP 0 4 2018
Clerk, U.S. District Court
District Of Montana
Helena

TRUSTEES OF THE NATIONAL
AUTOMATIC SPRINKLER INDUSTRY
WELFARE FUND, TRUSTEES OF THE
NATIONAL AUTOMATIC SPRINKLER
LOCAL 669 UA EDUCATION FUND,
TRUSTEES OF THE NATIONAL
AUTOMATIC SPRINKLER INDUSTRY
PENSION FUND, TRUSTEES OF THE
SPRINKLER INDUSTRY SUPPLEMENTAL
PENSION FUND AND ROAD SPRINKLER
FILLERS LOCAL UNION 669 WORK
ASSESSMENTS
8000 Corporate Drive
Landover, MD 20785

    Plaintiffs,

v.

SECURITY FIRE PROTECTION, INC.,
PO Box 5868
Helena, MT 59604

    and

KEVIN BRICENO
1101 Chestnut St.
PO Box 5868
Helena, MT 59604

    and

JUNE BRICENO
1101 Chestnut St.
PO Box 5868
Helena, MT 59604

    Defendants.

No. CV 17-43-H-SEH

ORDER

Before the Court are: (1) Plaintiffs' Motion for Summary Judgment;[1] and (2) Defendants' Motion for Summary Judgment.[2] A hearing on both motions was held on June 22, 2018. Additional statements of fact and briefs directed to the motions was ordered.[3] A second hearing on the motions was conducted on August 30, 2018.

ORDERED:

1. The parties' cross-motions for summary judgment[4] are DENIED.

2. Parties shall have up to and including September 21, 2018, to file a joint stipulation addressing:

    a. the date upon which the parties performance obligation under the Union Agreement[5] dated October 16, 2009, ended;

    b. the amount of base contributions claimed by the Plaintiffs to be owing by Defendants;

---

[1] Doc. 29.

[2] Doc. 31.

[3] Doc. 53.

[4] Docs. 29 & 31.

[5] Doc. 51-2.

c. a statement of the amount of base contributions acknowledged by Defendants to be owing;

d. the amount of late contributions claimed by the Plaintiffs to be owing by Defendants;

e. a statement of the amount of late contributions acknowledged by Defendants to be owing;

f. the total amount of interest claimed by the Plaintiffs to be owing by Defendants; and

g. a statement of the amount of interest acknowledged by Defendants to be owing.

DATED this 4th day of September, 2018.

/s/ Sam E. Haddon
SAM E. HADDON
United States District Judge