# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# HELENA DIVISION

**FILED**

NOV 15 2018

Clerk, U.S. District Court
District Of Montana
Helena

TRUSTEES OF THE NATIONAL
AUTOMATIC SPRINKLER INDUSTRY
WELFARE FUND, TRUSTEES OF THE
NATIONAL AUTOMATIC SPRINKLER
LOCAL 669 UA EDUCATION FUND,
TRUSTEES OF THE NATIONAL
AUTOMATIC SPRINKLER INDUSTRY
PENSION FUND, TRUSTEES OF THE
SPRINKLER INDUSTRY SUPPLEMENTAL
PENSION FUND AND ROAD SPRINKLER
FILLERS LOCAL UNION 669 WORK
ASSESSMENTS
8000 Corporate Drive
Landover, MD 20785

    Plaintiffs,

v.

SECURITY FIRE PROTECTION, INC.,
PO Box 5868
Helena, MT 59604

    and

KEVIN BRICENO
1101 Chestnut St.
PO Box 5868
Helena, MT 59604

    and

JUNE BRICENO
1101 Chestnut St.
PO Box 5868
Helena, MT 59604

    Defendants.

No. CV 17-43-H-SEH

**ORDER**

On November 13, 2018, the Court held a hearing to consider, inter alia, issues relevant to the continuing liability, if any, of Defendants Kevin Briceno and June Briceno for the unpaid contributions, late fees, and interest owed by Defendant Security Fire Protection, Inc.

The Court determined to reserve address on pending cross-motions for summary judgment[1] until certain supplementations of the record by were filed. Upon the record made in open court,

ORDERED:

1. The parties shall meet and confer and provide to the Court, if not previously submitted and identified in the record, true and correct copies of the contracts at issue, specifically: (1) the March 28, 2007, Assent and Interim Agreement between Security Fire Protection, Inc., and Road Sprinkler Fitters Local Union No. 669, (2) the April 1, 2007, Agreement between National Fire Sprinkler Association, Inc., and Road Sprinkler Fitters Local Union No. 669 that expired on March 31, 2010, and (3) the April 1, 2010, Agreement between National Fire Sprinkler Association, Inc., and Road Sprinkler Fitters Local Union No. 669 that expired on March 31, 2013.

2. If documents identified in paragraph 1 have previously been submitted and are part of the case record, the parties shall file a notice identifying

---

[1] Docs. 29 and 31.

to the Court the specific docket entries associated with each document.

3. Upon submission of the documents identified in paragraphs 1 and 2, the issue of liability, if any, of Defendants Kevin Briceno and June Briceno for unpaid contributions, late fees, and interest owed by Defendant Security Fire Protection, Inc., will be deemed submitted on the record to the Court for decision.

DATED this 15th day of November, 2018.

*Sam E. Haddon*
SAM E. HADDON
United States District Judge