

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# HELENA DIVISION

TRUSTEES OF THE NATIONAL AUTOMATIC SPRINKLER INDUSTRY WELFARE FUND, TRUSTEES OF THE NATIONAL AUTOMATIC SPRINKLER LOCAL 669 UA EDUCATION FUND, TRUSTEES OF THE NATIONAL AUTOMATIC SPRINKLER INDUSTRY PENSION FUND, TRUSTEES OF THE SPRINKLER INDUSTRY SUPPLEMENTAL PENSION FUND AND ROAD SPRINKLER FILLERS LOCAL UNION 669 WORK ASSESSMENTS
8000 Corporate Drive
Landover, MD 20785

        Plaintiffs,

v.

SECURITY FIRE PROTECTION, INC.,
PO Box 5868
Helena, MT 59604

        and

KEVIN BRICENO
1101 Chestnut St.
PO Box 5868
Helena, MT 59604

        and

JUNE BRICENO
1101 Chestnut St.
PO Box 5868
Helena, MT 59604

        Defendants.

No. CV 17-43-H-SEH

**ORDER**

On February 14, 2019, Defendants Security Fire Protection, Inc., Kevin

Briceno, and June Briceno, filed and served a document denominated Confession of Judgment.[1]

The Court has elected to treat the Confession of Judgment as an Offer of Judgment under Rule 68(a) of the Federal Rules of Civil Procedure.

ORDERED:

On or before February 28, 2019, Plaintiff shall file and serve on Defendants a Rule 68(a) written notice as to whether the offer is or is not accepted.

If the offer is not accepted it will be considered withdrawn.[2]

If the offer is accepted: either party (1) may file and serve the offer[3] and (2) a notice of acceptance.[4] Upon filing of the offer and a notice of acceptance the clerk is directed to enter judgment.[5]

DATED this 15th day of February, 2019.

_____
SAM E. HADDON
United States District Judge

---

[1] Doc. 80.

[2] Fed. R. Civ. P. 68(b).

[3] Doc. 80.

[4] Fed. R. Civ. P. 68(a).

[5] Fed. R. Civ. P. 68(a).